# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1795. COREY BAKER v. MARC H. ROBERTS et al.

In this civil action, the trial court issued an order on February 7, 2025, granting summary judgment to the defendants. Plaintiff Corey Baker filed a motion for reconsideration, which the trial court denied on April 7, 2025. On April 29, 2025, Baker filed this direct appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). While the grant of summary judgment is subject to direct appeal, see OCGA § 9-11-56 (h), a motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order, and the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Consequently, the trial court's April 7 order is not appealable, and Baker's appeal — filed 81 days after the court's February 7 order — is untimely as to that order. See OCGA § 5-6-38 (a); *Bell*,

244 Ga. App. at 510-511; *Savage*, 173 Ga. App. at 271. For these reasons, Baker's appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__05/23/2025_____

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*